# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO: 20-0011-CG-N |
| LUIS AJIN-GONON : | |
| aka Luis Alin Ganon | |
| : | |
| Defendant. | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **March 11, 2020 at 10:30 a.m.,** under separate order. The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 6th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE